B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PCS FINANCIAL CORP.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**36-2266849** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**200 West Jackson Boulevard, Suite 710**<br>**Chicago, IL 60606-6910**<br>ZIP CODE **60606-6910** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** *** DAVID K. WELCH 06183621 ***

THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (1/08)**                                                    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **PCS FINANCIAL CORP.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)        Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

**B1 (Official Form 1) (1/08)**  Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**PCS FINANCIAL CORP.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>Signature of Attorney for Debtor(s)<br>**DAVID K. WELCH 06183621**<br>Printed Name of Attorney for Debtor(s)<br>**Crane, Heyman, Simon, Welch & Clar**<br>Firm Name<br>**Suite 3705**<br>**135 South LaSalle Street**<br>**Chicago, IL 60603-4297**<br>Address<br>**312-641-6777**<br>Telephone Number<br><br>Date **November 13, 2008**<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Authorized Individual<br>**Louis G. Gineris**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br><br>Date **November 13, 2008** | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **PCS FINANCIAL CORP.**  
                                      Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Internal Revenue Service** **Kansas City, MO 64999** | **Internal Revenue Service** **Kansas City, MO 64999** | **Income Tax** | | 700,000.00 |
| **Lenore M. Sesner** **6521 N. Newgard, Apt. 2F** **Chicago, IL 60626** | **Lenore M. Sesner** **6521 N. Newgard, Apt. 2F** **Chicago, IL 60626** | **Note #0328** | | 580,881.47 |
| **SW Ewing TTE** **Ewing Family Tr. Dated 3/7/2001** **5831 London Lane** **Dallas, TX 75252** | **SW Ewing TTE** **Ewing Family Tr. Dated 3/7/2001** **5831 London Lane** **Dallas, TX 75252** | **Note #0388** | | 123,945.12 |
| **Peter W. Ewing, TTE** **Christine E. Ewing Tr. Dtd 11/17/94** **1104 Blackthorn Lane** **Northbrook, IL 60062** | **Peter W. Ewing, TTE** **Christine E. Ewing Tr. Dtd 11/17/94** **1104 Blackthorn Lane** **Northbrook, IL 60062** | **Note #0389** | | 117,059.28 |
| **Peter W. Ewing, TTE** **Jennifer L. Ewing Tr Dtd 11/17/94** **1104 Blackthorn Lane** **Northbrook, IL 60062** | **Peter W. Ewing, TTE** **Jennifer L. Ewing Tr Dtd 11/17/94** **1104 Blackthorn Lane** **Northbrook, IL 60062** | **Note #0390** | | 65,415.48 |
| **Illinois Department of Revenue** **Bankruptcy Section Level 7-425** **100 W. Randolph** **Chicago, IL 60601** | **Illinois Department of Revenue** **Bankruptcy Section Level 7-425** **100 W. Randolph** **Chicago, IL 60601** | **Income Tax** | | 48,000.00 |
| **Stephen Alex Ewing** **c/o Steven W. Ewing** **5831 London** **Dallas, TX 75252** | **Stephen Alex Ewing** **c/o Steven W. Ewing** **5831 London** **Dallas, TX 75252** | **Note #0391** | | 46,135.13 |
| **UCC Direct Services** **PO Box 200824** **Houston, TX 77216-0824** | **UCC Direct Services** **PO Box 200824** **Houston, TX 77216-0824** | **UCC filings** | | 14,615.73 |
| **IBM** **PO Box 643600** **Pittsburgh, PA 15264-3600** | **IBM** **PO Box 643600** **Pittsburgh, PA 15264-3600** | | | 11,690.49 |

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re   **PCS FINANCIAL CORP.**                                     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Experian** <br> 701 Experian Parkway <br> Allen, TX 75013 | **Experian** <br> 701 Experian Parkway <br> Allen, TX 75013 | **credit bureaus reports** | | **6,211.06** |
| **Selden Fox & Assoc., LTD** <br> 619 Enterprise Dr. <br> Hinsdale, IL 60521-8835 | **Selden Fox & Assoc., LTD** <br> 619 Enterprise Dr. <br> Hinsdale, IL 60521-8835 | **Audit - IRS related** | | **4,840.00** |
| **Comgraphics Inc.** <br> 329 W. 18th St., 10th Floor <br> Chicago, IL 60616 | **Comgraphics Inc.** <br> 329 W. 18th St., 10th Floor <br> Chicago, IL 60616 | | | **3,058.17** |
| **Burke Warren MacKay & Serritella PC** <br> 330 N. Wabash Ave. <br> Chicago, IL 60611-3607 | **Burke Warren MacKay & Serritella PC** <br> 330 N. Wabash Ave. <br> Chicago, IL 60611-3607 | | | **2,631.00** |
| **LexisNexis** <br> PO Box 7247-6157 <br> Philadelphia, PA 19170-6157 | **LexisNexis** <br> PO Box 7247-6157 <br> Philadelphia, PA 19170-6157 | | | **1,350.23** |
| **Midwest Laser Specialists Inc.** <br> 7550 S. Quincy St. <br> Willowbrook, IL 60527 | **Midwest Laser Specialists Inc.** <br> 7550 S. Quincy St. <br> Willowbrook, IL 60527 | | | **1,191.53** |
| **Search America Inc.** <br> 7001 E. Fish Lake Rd. <br> Maple Grove, MN 55311 | **Search America Inc.** <br> 7001 E. Fish Lake Rd. <br> Maple Grove, MN 55311 | **Collectio expense** | | **764.29** |
| **North America Press Inc.** <br> 820 S. Bartlett Rd. <br> Streamwood, IL 60107-2407 | **North America Press Inc.** <br> 820 S. Bartlett Rd. <br> Streamwood, IL 60107-2407 | | | **600.00** |
| **Corporate Express** <br> P.O. Box 95708 <br> Chicago, IL 60694-5708 | **Corporate Express** <br> P.O. Box 95708 <br> Chicago, IL 60694-5708 | | | **525.65** |
| **Trans Union LLC** <br> PO Box 99506 <br> Chicago, IL 60693-9506 | **Trans Union LLC** <br> PO Box 99506 <br> Chicago, IL 60693-9506 | **credit bureau reports** | | **383.38** |
| **Alternative Mailing Systems** <br> 1447 Howard Ave. <br> Elk Grove Village, IL 60007-2215 | **Alternative Mailing Systems** <br> 1447 Howard Ave. <br> Elk Grove Village, IL 60007-2215 | **equipment maintenance** | | **230.94** |

B4 (Official Form 4) (12/07) - Cont.

In re   **PCS FINANCIAL CORP.**                                                                                                    Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 13, 2008**               Signature

**Louis G. Gineris**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Alternative Mailing Systems
1447 Howard Ave.
Elk Grove Village, IL 60007-2215

Chris Ward, TTE, ECM GRDCH TR,
Brian P. Ward
7842 Braeloch Court
Orland Park, IL 60462

Diane W. Jones Trust
246 Landis Ln
Deerfield, IL 60015

Andrew W. Ward
4532 Twilight Hills
Dayton, OH 45429

Chris Ward, TTE, ECM GRDCH TR,
Adam C. Ward
7842 Braeloch
Orland Park, IL 60462

Diane W. Jones Trust
Dated 4/7/93 STK Sale Proceeds
246 Landis Ln
Deerfield, IL 60015

Bank of America
Matthew R. VanSteenhuyse
55 S. Lake Ave., Ste. 900
Pasadena, CA 91101

Chris Ward, TTE, ECM GRDCH TR,
Brian P. Ward
7842 Braeloch Ct.
Orland Park, IL 60462

Diane W. Jones Trust
246 Landis Lane
Deerfield, IL 60015

Bank of Scotland
1095 Avenue of the Americas
New York, NY 10036

Christopher C. Ward
Trust Dated 2/8/1996
7842 Braeloch Ct.
Orland Park, IL 60462

Diane W. Jones Trust Dated 4/7/9
246 Landis Lane
Deerfield, IL 60015

BMO Capital Markets
Attn: Michael S. Cameli
111 W. Monroe St., 5th Floor East
Chicago, IL 60603

Christopher C. Ward
7842 Braeloch Court
Orland Park, IL 60462

Diane W. Jones,
TTE, S+L Jones TR, LJ Fund
246 Landis Lane
Deerfield, IL 60015

Burke Warren MacKay & Serritella PC
330 N. Wabash Ave.
Chicago, IL 60611-3607

Comgraphics Inc.
329 W. 18th St., 10th Floor
Chicago, IL 60616

Diane W. Jones, Admin
Estate of Davide W. Jones, Dec.
246 Landis Lane
Deerfield, IL 60015

Capital One, NA
Attn: David Sherer
1415 W. 22nd St., Ste. 750
Oak Brook, IL 60523

Corporate Express
P.O. Box 95708
Chicago, IL 60694-5708

Diane W. Jones, T.O., TTEES
ECM TR FBO Tim Ward DD 1994
246 Landis Lane
Deerfield, IL 60015

Chicago Messenger
3188 Eagle Way
Chicago, IL 60678-1318

Covad Communications
PO Box 39000 Dept 33408
San Francisco, CA 94139-3408

Diane W. Jones, T.O., TTEES ECTR
FBO Tim Ward DD 1994
246 Landis Lane
Deerfield, IL 60015

Chris Ward, TTE, ECM GRDCH TR
Zachary D. Ward
7842 Braeloch Court
Orland Park, IL 60462

Diane W. Jones
Admin, Est. of Davide W. Jones, Dec
246 Landis Lane
Deerfield, IL 60015

Diane W. Jones, TTE, S+L
Jones TR, S J Fund
246 Landis Lane
Deerfield, IL 60015

Chris Ward, TTE, ECM GRDCH TR
Adam C. Ward
7842 Braeloch Court
Orland Park, IL 60462

Diane W. Jones T.O. TTEES
ECM TR FBO TIM Ward
246 Landis Lane
Deerfield, IL 60015

Diane W. Jones, TTE, S+L Jones
Tr Dated 4/7/93, FBO L J Fund
246 Landis Lane
Deerfield, IL 60015

Diane W. Jones, TTE, S+J Jones
Tr Dated 4/7/93, FBO S J Fund
246 Landis Lane
Deerfield, IL 60015

Jean Ward Hall Trust
c/o Diane W. Jones
246 Landis Lane
Deerfield, IL 60015

Peter W. Ewing, TTE
Jennifer L. Ewing Tr Dtd 11/17/94
1104 Blackthorn Lane
Northbrook, IL 60062

Diane W. Jones, TTE, S+L Jones TR
SJ Fund
246 Landis Lane
Deerfield, IL 60015

Jean Ward Hall Trust
c/o Diane W. Jones TTE
246 Landis Lane
Deerfield, IL 60015

Peter W. Ewing, TTE
Christine E. Ewing Tr. Dtd 11/17/94
1104 Blackthorn Lane
Northbrook, IL 60062

Diane W. Jones, TTE, S+L Jones TR
LJ Fund
246 Landis Lane
Deerfield, IL 60015

Kenneth R. Nichol
834 Burning Trail
Carol Stream, IL 60188

Phillip C. Ward
Trustee, Zachary Ward
1315 Camino Amparo NW
Albuquerque, NM 87107

G G Gineris or T Lappas Gineris
3129 76th Court
Elmwood Park, IL 60707

Lenore M. Sesner
6521 N. Newgard, Apt. 2F
Chicago, IL 60626

Phillip C. Ward
Trustee, Alex Ward
1315 Camino Amparo NW
Albuquerque, NM 87107

Garvey Office Products
P.O. Box 74044
Chicago, IL 60690-4044

LexisNexis
PO Box 7247-6157
Philadelphia, PA 19170-6157

Phillip C. Ward, Trustee
Alex Ward
1315 Camino Amparo NW
Albuquerque, NM 87107

IBM
PO Box 643600
Pittsburgh, PA 15264-3600

Louis G. Gineris Trust
3129 76th Ct.
Elmwood Park, IL 60707

Phillip C. Ward, Trustee
Zachary Ward
1315 Camino Amparo NW
Albuquerque, NM 87107

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph
Chicago, IL 60601

Louis G. Gineris Trust Dated 6/8/93
3129 76th Court
Elmwood Park, IL 60707

Prime Acceptance Corp.
200 W. Jackson, Suite 710
Chicago, IL 60606-6910

Internal Revenue Service
Kansas City, MO 64999

MB Financial Bank
6111 N. River Rd.
Des Plaines, IL 60018

Selden Fox & Assoc., LTD
619 Enterprise Dr.
Hinsdale, IL 60521-8835

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Midwest Laser Specialists Inc.
7550 S. Quincy St.
Willowbrook, IL 60527

Stephen Alex Ewing
c/o Steven W. Ewing
5831 London
Dallas, TX 75252

J J Gineris or L G Gineris
3129 76th Court
Elmwood Park, IL 60707

North America Press Inc.
820 S. Bartlett Rd.
Streamwood, IL 60107-2407

SW Ewing TTE
Ewing Family Tr. Dated 3/7/2001
5831 London Lane
Dallas, TX 75252

Timothy C. Ward
2779 South Blvd.
Dayton, OH 45419