# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| PCS FINANCIAL CORP., ) | |
| ) | Case Nos. 08-30930 |
| In re: ) | Case Nos. 08-30934 |
| ) | |
| PRIME ACCEPTANCE CORP., ) | |
| ) | Judge Hollis |
| Debtors/Debtors in Possession. ) | |

**ORDER FURTHER EXTENDING THE DEBTORS' AUTHORIZATION TO USE CASH COLLATERAL UNDER (AND FURTHER AMENDING) THE AMENDED FINAL ORDER PURSUANT TO 11 U.S.C. §363, RULE 4001(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL BANKRUPTCY RULE 4001-2(A)(2) (I) AUTHORIZING THE USE OF CASH COLLATERAL, AND (II) GRANTING RELATED RELIEF**

Upon the oral motion (the "Motion") of counsel to the above-captioned debtors and debtors-in-possession (the "Debtors") at the status hearing held on May 28, 2009 (the "Hearing") for an order extending the Debtors' authorization to use "Cash Collateral" under (and amending certain provisions of) the Amended Final Order Pursuant to 11 U.S.C. § 363, Rule 4001(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 4001-2(A)(2)(I) Authorizing the Use of Cash Collateral, and (II) Granting Related Relief [Docket No. 88] (the "Final Cash Collateral Order"), as such term is defined in the Final Cash Collateral Order, which Motion was not opposed by Bank of America, N.A., the administrative agent for the Debtors' pre-petition secured lenders; and due notice having been given under the circumstances; and having received no response or objection to the requested relief; and the Court finding that the relief requested is in the best interest of the Debtors and their estates; it is hereby

ORDERED, that the Motion is granted, as set forth herein; and it is further

13457851.1 08135930

ORDERED, that the Specified Period (as defined in the Final Cash Collateral Order) shall be extended through and including June 19, 2009 at 11:59 p.m. (prevailing Central Time) and all references in the Final Cash Collateral Order to "May 29, 2009" or "May 29, 2009 at 11:59 p.m. prevailing Central time" shall be construed to mean "June 19, 2009" or "June 19, 2009 at 11:59 p.m. prevailing Central time," as applicable, and that the Cash Collateral Budget for the period from May 29, 2009 through June 19, 2009 shall be the budget that is attached hereto as <u>Exhibit A</u>; and it is further

ORDERED, that the terms of the Final Cash Collateral Order shall otherwise remain in full force and effect, although this Order shall control in the event of any conflict; and it is further

ORDERED, that an evidentiary hearing shall be held on June *16*, 2009 at *11:00 am* *psh* prevailing Central time before the Court with respect to the Debtors' use of Cash Collateral from and after the end of the Specified Period; and it is further

ORDERED, that the Court shall retain jurisdiction to enforce the terms of this order.

Dated:   Chicago, Illinois
         May ___, 2009

                                          _____
                                          The Honorable Pamela S. Hollis       MAY 2 8 2009
                                          United States Bankruptcy Judge

Consolidated Cash Flow Estimates                                                                                      Page 1 of 2

**Version 11**
*Week ending Friday*

|  | 6/5/2009 | 6/12/2009 | 6/19/2009 |
|---|---|---|---|
| **CASH BALANCES** | | | |
| Beginning Cash Balance | 12,105,000.00 | 12,095,275.00 | 11,944,175.00 |
| **CASH IN FLOWS** | | | |
| Cash receipts - Prime Acceptance Corp. | 600,000.00 | 600,000.00 | 800,000.00 |
| Cash receipts - PAC Agency Payments (Net) | 5,000.00 | 10,000.00 | 60,000.00 |
| Cash receipts - PCS Financed | 450,000.00 | 450,000.00 | 650,000.00 |
| **TOTAL CASH IN FLOWS** | 1,055,000.00 | 1,060,000.00 | 1,510,000.00 |
| **TOTAL CASH AVAILABLE** | 13,160,000.00 | 13,155,275.00 | 13,454,175.00 |
| | | | |
| **CASH OUT FLOWS** | | | |
| Account Refunds | | 20,000.00 | |
| Audit Expense | 35,000.00 | | |
| Bank Charges | 75,000.00 | | |
| Bank Legal Fees | | | |
| Billing Outsourcing Expense | | 7,000.00 | |
| Chapter 11 Quarterly Fee | | | |
| Collection Expense | 2,000.00 | 2,000.00 | 2,000.00 |
| Consulting Fees | 10,000.00 | | |
| Credit Bureau Inquiries | | 5,000.00 | |
| Data Processing Expense | 500.00 | 500.00 | 500.00 |
| Dues and Subscriptions | | | |
| Employer 401(K) match | | 8,000.00 | |
| Equipment Maintenance and Replacement | 500.00 | 2,500.00 | 500.00 |
| Equipment Rental/Lease | | | |
| Field Expense | 300.00 | 300.00 | 300.00 |
| Income Tax Distribution (Estimated Tax Payment) | | | |
| Insurance Expense - Group Medical/Dental | | | |
| Insurance Expense - Workmens Compensation | 1,375.00 | | |
| Insurance Expense - Other | 9,000.00 | | |
| Illinois State Replacement Tax | | | |
| Legal Expense | | | 25,000.00 |
| Legal (Collection) | 6,000.00 | 6,000.00 | 6,000.00 |
| Office Expense | 750.00 | 750.00 | 750.00 |
| Messenger Expenses | 250.00 | 250.00 | 250.00 |
| Vending | 250.00 | 250.00 | 250.00 |
| Electricity | 1,500.00 | | |
| Payroll Admin. Expenses (ADP) | | | 1,500.00 |
| Processing Fees | 27,500.00 | 27,500.00 | 27,500.00 |
| Postage / Freight / Shipping | 3,000.00 | 3,000.00 | 3,000.00 |
| TB and Daily Postage (CGI/APS) | 3,000.00 | 6,000.00 | 9,000.00 |
| Purchase Power postage | 5,000.00 | | |
| Rent | 30,000.00 | | |
| Salaries | | 205,000.00 | |
| Seminars & Education | 2,750.00 | | |
| Supplies | 750.00 | 25,750.00 | 750.00 |
| Taxes - Employer Payroll | | 21,000.00 | |
| Telephone Expense | | 7,500.00 | |
| UCC Filings | | 12,500.00 | |
| Sales Expense | 300.00 | 300.00 | 300.00 |
| **TOTAL WEEKLY OUT FLOWS** | 214,725.00 | 361,100.00 | 77,600.00 |

We have excluded from this projection the line items previously noted as:
"Cash receipts - PCS Serviced & Non-owned cash" in CASH IN FLOWS and
"Payments to serviced & non-owned entities" in CASH OUT FLOWS
as they are not material to the budget and do not belong to PCS.

*Version 11*
*Week ending Friday*

Page 2 of 2

| | 6/5/2009 | 6/12/2009 | 6/19/2009 |
|---|---|---|---|
| **EXPENSES NOT NECESSARILY REQUIRING CASH OUT FLOW** | | | |
| Payments/Expenses - Banks | | | |
| Payments/Expenses - Other | | | |
| *TOTAL WEEKLY EXPENSES* | 214,725.00 | 361,100.00 | 77,600.00 |
| *APPROX WEEKLY EXCESS CASH INTEREST INC* | 12,945,275.00 | 12,794,175.00 | 13,376,575.00 |
| **NEW ORIGINATIONS** | | | |
| PCS Financial Dealers - New Originations including Reloans | 550,000.00 | 550,000.00 | 550,000.00 |
| Prime Acceptance Dealers | 300,000.00 | 300,000.00 | 300,000.00 |
| **ENDING CASH** | 12,095,275.00 | 11,944,175.00 | 12,526,575.00 |