**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| PCS FINANCIAL CORP., | ) |
| | ) Case Nos. 08-30930 |
| In re: | ) Case Nos. 08-30934 |
| | ) |
| PRIME ACCEPTANCE CORP., | ) |
| | ) Judge Hollis |
| Debtors/Debtors in Possession. | ) |

**ORDER FURTHER EXTENDING THE DEBTORS' AUTHORIZATION TO USE CASH COLLATERAL UNDER (AND FURTHER AMENDING) THE AMENDED FINAL ORDER PURSUANT TO 11 U.S.C. §363, RULE 4001(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL BANKRUPTCY RULE 4001-2(A)(2) (I) AUTHORIZING THE USE OF CASH COLLATERAL, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion") of counsel to the above-captioned debtors and debtors-in-possession (the "Debtors") at the status hearing held on September 10, 2009 (the "Hearing") for an order extending the Debtors' authorization to use "Cash Collateral" under (and amending certain provisions of) the Amended Final Order Pursuant to 11 U.S.C. § 363, Rule 4001(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 4001-2(A)(2)(I) Authorizing the Use of Cash Collateral, and (II) Granting Related Relief [Docket No. 88] (the "Final Cash Collateral Order"), as such term is defined in the Final Cash Collateral Order, which Motion was not opposed by Bank of America, N.A., the administrative agent for the Debtors' pre-petition secured lenders; and due notice having been given under the circumstances; and having received no response or objection to the requested relief; and the Court finding that the relief requested is in the best interest of the Debtors and their estates; it is hereby

ORDERED, that the Motion is granted, as set forth herein; and it is further

13467536.1 08135930

ORDERED, that the Specified Period (as defined in the Final Cash Collateral Order) shall be extended through and including September 18, 2009 at 11:59 p.m. (prevailing Central Time) and all references in the Final Cash Collateral Order to "September 11, 2009" or "September 11, 2009 at 11:59 p.m. prevailing Central time" shall be construed to mean "September 18, 2009" or "September 18, 2009 at 11:59 p.m. prevailing Central time," as applicable, and that the Cash Collateral Budget for the period from September 11, 2009 through September 18, 2009 shall be the budget that is attached hereto as <u>Exhibit A</u>; and it is further

ORDERED, that the terms of the Final Cash Collateral Order shall otherwise remain in full force and effect, although this Order shall control in the event of any conflict; and it is further

ORDERED, that a further status hearing shall be held on September 17, 2009 at 10:30 ~~10:00~~ a.m. prevailing Central time before the Court with respect to the Debtors' use of Cash Collateral from and after the end of the Specified Period; and it is further /psh

ORDERED, that the Court shall retain jurisdiction to enforce the terms of this order.

Dated: Chicago, Illinois
September __, 2009

_____
The Honorable Pamela S. Hollis
United States Bankruptcy Judge

SEP 1 0 2009

13467536.1 08135930

2

Consolidated Cash Flow Estimates

Page 1 of 2

**2nd Interim budget**
*Week ending Friday*

| | 9/18/2009 | 9/25/2009 |
|---|---|---|
| **CASH BALANCES** | | |
| Beginning Cash Balance | 10,500,000.00 | 11,132,900.00 |
| **CASH IN FLOWS** | | |
| Cash receipts - Prime Acceptance Corp. | 750,000.00 | 450,000.00 |
| Cash receipts - PAC Agency Payments (Net) | 50,000.00 | 5,000.00 |
| Cash receipts - PCS Financed | 625,000.00 | 350,000.00 |
| **TOTAL CASH IN FLOWS** | 1,425,000.00 | 805,000.00 |
| **TOTAL CASH AVAILABLE** | 11,925,000.00 | 11,937,900.00 |
| | | |
| **CASH OUT FLOWS** | | |
| Account Refunds | | 10,000.00 |
| Audit Expense | | 20,000.00 |
| Bank Charges | | |
| Bank Legal Fees | | |
| Billing Outsourcing Expense | | |
| Chapter 11 Quarterly Fee | | |
| Collection Expense | 2,000.00 | 2,000.00 |
| Consulting Fees | | |
| Credit Bureau Inquiries | | |
| Data Processing Expense | 500.00 | 7,500.00 |
| Dues and Subscriptions | | 250.00 |
| Employer 401(K) match | | 4,000.00 |
| Equipment Maintenance and Replacement | 5,500.00 | 500.00 |
| Equipment Rental/Lease | | 300.00 |
| Field Expense | 300.00 | 300.00 |
| Income Tax Payment Estimated | | |
| Insurance Expense - Group Medical/Dental | 15,000.00 | |
| Insurance Expense - Workmens Compensation | | 1,375.00 |
| Insurance Expense - Other | | |
| Illinois State Replacement Tax | | |
| Legal Expense | | |
| Legal (Collection) | 4,000.00 | 4,000.00 |
| Office Expense | 750.00 | 750.00 |
| Messenger Expenses | 250.00 | 250.00 |
| Vending | 250.00 | 250.00 |
| Electricity | | 1,500.00 |
| Payroll Admin. Expenses (ADP) | | |
| Processing Fees | 22,500.00 | 22,500.00 |
| Postage / Freight / Shipping | 3,000.00 | 3,000.00 |
| TB and Daily Postage (CGI/APS) | 8,000.00 | 3,000.00 |
| Purchase Power postage | | |
| Rent | | |
| Salaries | | 90,000.00 |
| Seminars & Education | | |
| Supplies | 4,750.00 | 750.00 |
| Taxes - Employer Payroll | | 8,000.00 |
| Telephone Expense | | |
| UCC Filings | | |
| Sales Expense | 300.00 | 300.00 |
| **TOTAL WEEKLY OUT FLOWS** | 67,100.00 | 180,525.00 |

We have excluded from this projection the line items previously noted as:
"Cash receipts - PCS Serviced & Non-owned cash" in CASH IN FLOWS and
"Payments to serviced & non-owned entities" in CASH OUT FLOWS
as they are not material to the budget and do not belong to PCS.

Page 2 of 2

**2nd Interim budget**
*Week ending Friday*

|  | 9/18/2009 | 9/25/2009 |
|---|---|---|
| **EXPENSES NOT NECESSARILY REQUIRING CASH OUT FLOW** | | |
| Payments/Expenses - Banks | | |
| Payments/Expenses - Other | | |
| *TOTAL WEEKLY EXPENSES* | 67,100.00 | 180,525.00 |
| *APPROX WEEKLY EXCESS CASH INTEREST INC* | 11,857,900.00 | 11,757,375.00 |
| **NEW ORIGINATIONS** | | |
| PCS Financial Dealers - New Originations including Reloans | 450,000.00 | 450,000.00 |
| Prime Acceptance Dealers | 275,000.00 | 275,000.00 |
| **ENDING CASH** | 11,132,900.00 | 11,032,375.00 |

Case 08-30930    Doc 128    Filed 09/10/09    Entered 09/11/09 09:22:43    Desc Main
                Document      Page 4 of 4