IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PCS FINANCIAL CORP., | ) | Case Nos. 08-30930 |
| | ) | Case Nos. 08-30934 |
| In re: | ) | |
| | ) | |
| PRIME ACCEPTANCE CORP., | ) | Judge Hollis |
| | ) | |
| Debtors. | ) | |

### NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the **13th day of December, 2011**, at the hour of 10:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the PAMELA S. HOLLIS, Bankruptcy Judge, in the room usually occupied by him as a courtroom in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, Courtroom No. 644, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **MOTION FOR ENTRY OF FINAL DECREE,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777

### CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion therein was caused to be served via First Class Mail from the law firm of Crane, Heyman, Simon, Welch & Clar, 135 S. LaSalle, Chicago, Illinois 60603 to the persons listed on the attached Service List on the 22nd day of November, 2011.

/s/David K. Welch

## SERVICE LIST

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Thomas S. Kiriakos, Esq.
Sean Scott, Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

Laurence M. Kahn
Help Now! Advocacy Center
33 N. Central Avenue, #211
Medford, OR 97501

Bank of America
Matthew R. VanSteenhuyse, SVP
55 S. Lake Ave., #900
Pasadena, CA 91101

Bank of Scotland
Adrian Knowles, Director
BoS (USA) Inc.
1095 Avenue of the Americas
New York, NY 10036

Jason Nohr
BMO Capital Markets
111 W. Monroe St., 12th Floor
Chicago, IL 60603

David Sherer
Capital One, N.A.
1415 W. 11nd St., #750
Oak Brook, IL 60523

Maureen McNally Janes
MB Financial Bank
6111 N. River Road
Rosemont, IL 60018

William C. Bielecky, Esq.
Attorney At Law
400 Capital Circle, S.E.
Suite 18, Box 300
Tallahassee, Florida 32301

Joshua D. Greene
Springer, Brown, Covey, Gartner &
Davis, L.L.C.
400 S. County Farm Rd., Suite 330
Wheaton, IL 60187

Internal Revenue Service
c/o Mayer Silber, Esq.
200 W. Adams St., #2300
Chicago, IL 60606

Lenore M. Sesner
6521 N. Newgard, Apt. 2F
Chicago, IL 60626

SW Ewing TTE
Ewing Family Rd. Dated 3/7/2001
5831 London Lane
Dallas, TX 75252

Peter W. Ewing, TTE
Christine E. Ewing Tr. Dtd 11/17/94
1104 Blackthorn Lane
Northbrook, IL 60062

Peter W. Ewing, TTE
Jennifer L. Ewing Tr. Dtd 11/17/94
1104 Blackthorn Lane
Northbrook, IL 60062

Illinois Department of Revenue
Attn: James Newbold
Bankruptcy Section Level 70425
100 W. Randolph
Chicago, IL 60601

Stephen Alex Ewing
c/o Steven W. Ewing
5831 London
Dallas, TX 75252

UCC Direct Services
PO Box 200824
Houston, TX 77216-0824

IBM
PO Box 643600
Pittsburgh, PA 15264-3600

Experian
701 Experian Parkway
Allen, TX 75013

Selden Fox & Assoc., Ltd.
619 Enterprise Dr.
Hinsdale, IL 60521-8835

Comgraphics Inc.
Attn: Denise Kretzer, President
329 W. 18th St., 10th Floor
Chicago, IL 60616

Burke Warren MacKay & Serritella PC
330 N. wabash Ave.
Chicago, IL 60611-3607

LexisNexis
Attn: Brad Menhennet
PO Box 7247-6157
Philadelphia, PA 18170-6157

Midwest Laser Specialists Inc.
7550 S. Quincy St.
Willowbrook, IL 60527

Search America, Inc.
7001 E. Fish Lake Rd.
Maple Grove, MN 55311

North America Press Inc.
820 S. Bartlett Rd.
Streamwood, IL 60107-2407

Corporate Express
PO Box 85708
Chicago, IL 60694-5798

Trans Union LLC
Attn: Ruth Gagolinan
PO Box 99506
Chicago, IL 670693-9506

Alternative Mailing Systems
1447 Howard Ave.
Elk Grove Village, IL 60007-2215

Worldwide Express
719 S. State St., #202
Chicago, IL 60606

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PCS FINANCIAL CORP., ) | Case Nos. 08-30930 |
| ) | Case Nos. 08-30934 |
| In re: ) | |
| ) | |
| PRIME ACCEPTANCE CORP., ) | Judge Hollis |
| ) | |
| Debtors. ) | |

## MOTION FOR ENTRY OF FINAL DECREE

PCS FINANCIAL CORP. and PRIME ACCEPTANCE CORP., Debtors herein, by and through their Attorneys, make their Motion for Entry of Final Decree, and in support thereof, state as follows:

1. On November 13, 2008, the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

2. On June 28, 2011, this Court entered an Order confirming the Joint First Amended Plan of Reorganization ("Plan") filed by the Debtors.

3. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. All approved administrative professional fees due and owing the various professionals have been allowed and paid. In addition, distributions to the holders of allowed claims in classes 1 through 3 have been made.

4. The Debtors request the entry of a Final Decree pursuant to Rule 3022 of the Rules of Bankruptcy Procedure.

WHEREFORE, PCS FINANCIAL CORP. and PRIME ACCEPTANCE CORP., Debtors herein, request the entry of a Final Decree closing this Chapter 11 case and granting such other relief as may be just and appropriate.

Respectfully submitted,

PCS FINANCIAL CORP. and PRIME ACCEPTANCE CORP.,

/s/David K. Welch
One of their Attorneys

**COUNSEL TO DEBTORS:**
David K. Welch, Esq.
(Atty. No. 06183621)
Arthur G. Simon, Esq.
(Atty. No. 03124481)
Jeffrey C. Dan, Esq.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
P-312-641-6777
W:\GRACE\PCS-Prime\Final Decree.MOT.wpd